# United States District Court
# Central District of California

| | |
|---|---|
| AIR DIMENSIONAL DESIGN, INC., <br>     Plaintiff/Counter-defendant, <br>   v. <br> TOOL KING MOTOR COMPANY and TONY WANG, <br>     Defendants/Counterclaimants. | Case No. 2:13-cv-08522-ODW(FFMx) <br><br> **ORDER TO SHOW CAUSE RE. SETTLEMENT** |

The parties have informed the Court that they have reached a settlement. The Court therefore **VACATES** all outstanding dates in this action and **ORDERS** the parties to **SHOW CAUSE** in writing **no later than Tuesday, June 17, 2014**, why they have not finalized settlement. No hearing will be held. The Court will discharge this Order upon the filing of a stipulated dismissal or a joint response that indicates an additional, reasonable amount of time is required to finalize settlement.

**IT IS SO ORDERED.**

May 28, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**