David Hong, Esq. (CA# 195795)
david.hong@dhpatentlaw.com
LAW OFFICE OF DAVID HONG
P.O. Box 2111, Santa Clarita, CA 91386-2111
Tel: (866) 824-8680
Fax: (866) 824-8680

Attorney for Plaintiff AIR DIMENSIONAL DESIGN, INC.

UNITED STATES DISTRICT COURT     JS-6

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIR DIMENSIONAL DESIGN, INC., a California corporation,<br><br>    Plaintiff/Counterdefendant<br><br>vs.<br><br>TOOL KING MOTOR COMPANY, a California corporation; TONY WANG, an individual,<br><br>    Defendants/Counterclaimants,<br><br>and DOES 1-10 inclusive,<br><br>    Defendants | Case No.: **CV 13-08522-ODW (FFMx)**<br><br>**ORDER RE: STIPULATION FOR PERMANENT INJUNCTION**<br><br><u>**Hon. OTIS D. WRIGHT II**</u><br><u>**Courtroom 11, Spring Street**</u> |

WHEREAS Plaintiff Air Dimensional Design, Inc. and Defendants Tool King Motor Company and Mr. Tony Wang entered a confidential settlement agreement on or about June 2014, regarding USDC Case No. 2:13-CV-08522 ODW (FFMx); pursuant to the confidential settlement agreement, Air Dimensional

ORDER RE: STIPULATION FOR PERMANENT INJUNCTION – Page 1

Design, Inc. agreed to dismiss this action with prejudice based upon the agreement of Tool King Motor Company and Mr. Tony Wang to comply with the terms and conditions of the June 2014 confidential settlement agreement and Stipulation for Permanent Injunction; and having read and considered the parties' Stipulation for Permanent Injunction, it is hereby ORDERED:

1. The Stipulation for Permanent Injunction is GRANTED.

2. This Court has jurisdiction over all of the parties in this action and over the subject matter under 35 U.S.C. Sec. 271, 281, 283, 284, and 285; jurisdiction and venue are predicated upon the 28 U.S.C. Sec. 1338, 1391 and 1400.

2. Mr. Tony Wang (AKA HUACHIANG WANG), Tool King Motor Company and its owners, officers, directors, agents, servants, employees, and all persons and/or entities acting for, with, by, through, and/or in concert and participation with them, or any of them, are permanently enjoined from making, marketing, distributing or selling any products covered by the patent claims of United States Patent No. 6186857, which is titled: "Apparatus and Method for Providing Undulating Figures."

**IT IS SO ORDERED.**

_____   Date: June 11, 2014
Hon. Otis D. Wright, II
United States District Court Judge